UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID DUNCAN MCCANN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF HEALTH and )<br>  HUMAN SERVICES, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:10-cv-01758 (RBW) |

## JOINT LOCAL RULE 16.3 REPORT

The parties to the above action respectfully submit the following Joint Report to the Court, in accordance with Rule 16 Fed. R. Civ. P., and LCvR 16.3. The parties have been communicating in an attempt to resolve this matter prior to briefing.

Statement of the Case

A. Plaintiff: Plaintiff made a Freedom of Information Act (FOIA) requests to Defendant Department of Health and Human Services (HHS). The Plaintiff requests the release of the 31 pages of documents - - from the United States Department of Health and Human Service - Office of Civil Rights, which are documents related to HIPAA case numbers 06-57224; and 06-61821.

B. Defendant: Defendant generally denies Plaintiff's allegations, and maintains that HHS properly provided responsive materials to Plaintiff's FOIA request.

1.) Resolution By Dispositive Motion: The parties agree that this case can be resolved by dispositive motion.

**The Parties propose the following briefing schedule:**

| | |
|---|---|
| Pro se Plaintiff's motion for summary judgment: | March 18, 2011 |
| Defendant's Opposition/Cross-Motion for summary judgment: | April 8, 2011 |
| Pro se Plaintiff's Opposition/Reply: | April 22, 2011 |
| Defendant's Reply: | May 6, 2011 |

2.) <u>Parties Joined or Amendment of Pleadings</u>:  The parties do not presently anticipate joining any parties or amending the pleadings.

3.) <u>Assignment to a Magistrate Judge</u>:   The parties do not consent to the assignment of this case to a Magistrate Judge for any other purpose.

4.) <u>Settlement Possibility</u>:  Given the nature of the case and the relief sought, the parties believe that settlement is possible, however; Plaintiff asserts that settlement will not be possible unless Defendant changes its position concerning the withholdings it has already made.

5.) <u>ADR</u>:  The parties do not believe that ADR is necessary in this case.

6.) <u>Resolution on Summary Judgment</u>:   The parties propose that this Court set a briefing schedule as proposed in Paragraph No. 1.

7.) <u>Initial Disclosures</u>:   The parties do not believe that initial disclosures are necessary in this case.

8.) <u>Extent of Discovery</u>:  The parties do not believe that discovery is necessary in this case.

9.) <u>Expert Witnesses</u>:   The parties do not believe that experts will be required in this action.

10.) <u>Class Action Issues</u>:  Not relevant.

11.) <u>Bifurcation Of Liability And Damages</u>:  Not relevant.

12.) <u>Date for Pretrial Conference</u>:  The parties do not believe that a pretrial conference is necessary in this case.

13.) <u>Trial Date</u>:    The parties take the position that a trial date is not necessary in this case.

14.) <u>Other Matters</u>:    None.

Respectfully submitted,

  /s/
DAVID DUNCAN MCCANN
1130 Terrell Drive
Akron, OH 44313

*Pro se Plaintiff*

RONALD C. MACHEN JR.
D.C. Bar No. 447889
United States Attorney

RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

  /s/
RHONDA L. CAMPBELL,
D.C. Bar No. 462402
Assistant United States Attorney
Civil Division
555 4th Street, NW
Washington, DC 20530
(202) 514-9519
Rhonda.campbell@usdoj.gov

*Attorneys for Defendant*